**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : : : : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50344 (BLS) |
| v. | : | |
| | : | |
| Anita Bedoya, et al., | : | |
| | | |
| Defendants. | | |

       In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

     __X__       Mediation sessions are scheduled to occur on May 21, 2021.

    _____       A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____       OTHER:

Dated: January 14, 2021         __/s/ Ian Connor Bifferato__
                      Ian Connor Bifferato (DE #3273)
                      The Bifferato Firm P.A.
                      1007 N. Orange Street, 4th Floor
                      Wilmington, DE  19801